# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COMPTON YOUNG, | NO. EDCV 08-00331 DOC (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 4, 2009

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE